UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT T. DODGE, III,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>    Defendant. | Case No. C12-286-TSZ-JPD<br><br><br><br>REPORT AND RECOMMENDATION |

Plaintiff brought this action to seek judicial review of the denial of his application for disability benefits by the Commissioner of the Social Security Administration. Dkt. 4. The parties have stipulated that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 22.

Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings before an Administrative Law Judge. On remand, the Administrative Law Judge ("ALJ") shall: (1) comply with the Appeals Council's prior remand order (Tr. 569-70) and enter a new decision based on the consolidated claims filed in April 2008 (Title XVI) and August 2004 (Titles II and XVI);

REPORT AND RECOMMENDATION
PAGE - 1

(2) obtain a psychological consultative examination, reassess the severity of plaintiff's mental impairments, and identify in the decision what the severe mental impairments are; (3) reassess plaintiff's physical and mental residual functional capacity; and (4) obtain supplemental evidence from a vocational expert to assist in determining if any jobs exist for plaintiff in significant numbers in the national economy, given his age, education, work experience, and residual functional capacity.

Upon proper application, the Court will consider whether reasonable attorney's fees should be awarded pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

A proposed order accompanies this Report and Recommendation.

DATED this 7th day of August, 2012.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge